IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DISTRICT

| United States of America, | |
|---|---|
| Plaintiffs, | SUPPLEMENT TO STIPULATED DISCOVERY ORDER AND PROTECTIVE ORDER |
| vs. | Case No.: 1:18-cr-00124 |
| Newlyn S. Little Swallow, | |
| Defendant. | |

IT IS HEREBY AGREED AND UNDERSTOOD by and between the United States and the defendant Newlyn S. Little Swallow, by the defendant's undersigned counsel, to the following modification to the Stipulated Discovery Oder and Protective Order filed with the Court ordered on 3/13/2019:

1. Jeff A. Bredahl is the attorney retained to represent the defendant. Mr. Bredahl agrees that all discovery documents provided to him by the United States will be kept in his and his law firm's sole possession, which will not be released to other persons outside of their presence, and will not be copied or disseminated to others who are not employees of Mr. Bredahl's law firm, except as noted herein. Copies of the discovery material may be provided to the Chief of Security or Administrator of the local detention facility ("the facility") where the defendant is being held in custody for review by the defendant in an area within the facility designated by the Chief of Security or Administrator. No copies of these materials may be otherwise provided to the defendant or to any other person

1

without the written permission of the United States Attorney's Office. In no event may the defendant be permitted to have copies of, or review these materials, within any other area of the facility, specifically including the defendant's cell and cell block. Once the defendant has completed the review of the discovery material, all discovery material must be immediately returned to the Chief of Security, Administrator or their designee, who shall keep the discovery material in a secured location within the facility or elsewhere that is not accessible to the inmates of the facility. Mr. Bredahl further agrees that before proving copies of any discovery materials to the Chief of Security or Administrator, he will provide: (a) the Chief of Security or Administrator with a copy of this Supplement to the Stipulated Discovery Order and Protective Order, (b) the Stipulated Discovery Order and Protective Order, (c) obtain the Chief of Security or Administrator's written consent to the procedures listed herein; and (d) provide a copy of such written consent to the above-identified United States Attorney.

2. Upon the defendant's release from the facility, or at the conclusion of Mr. Bredahl's representation of the defendant, whichever occurs first, Mr. Bredahl agrees that he will immediately obtain all discovery material he or his law firm has provided to the Chief of Security or Administrator of the facility, and he will notify the above listed United States Attorney in writing or via e-mail that all discovery material has been returned to him.

3. The parties agree to jointly request that the Court enter a Protective Order consistent with this agreement pursuant to Fed. R. Crim. P. 16(d)(1).

**IT IS SO ORDERED.**

Dated: 3/18/2019

/s/ *Charles S. Miller, Jr.*

Charles S. Miller, Jr.
Magistrate Judge
United States District Court

Dated: 3-13-19

Jeff A. Bredahl
Attorney for Newlyn Little Swallow

Dated: 3/14/2019

Rick L. Volk
Assistant United States Attorney